IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GEORGE K REDDING,                          *

           Plaintiff,                    *

v.                                             Case No.  5:25-cv-00290-MTT-CHW

                                  *

CAPTAIN GEORGE BALL et al.,

                                  *

           Defendants.

                                  *

## J U D G M E N T

Pursuant to this Court's Order dated 12/4/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of December, 2025.

                      David W. Bunt, Clerk


                      s/ Erin Pettigrew, Deputy Clerk